| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* _____   Chapter  **11** | ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Fly Low, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
04-3703309

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2555 Chantilly Drive** **Atlanta, GA 30324** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Fly Low, Inc.**  Case number (*if known*) _____
_____Name_____

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
|---|---|---|
|   |   | ☐ Yes. |

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No |
|---|---|---|
|   |   | ■ Yes. |

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Fly Low, Inc.**　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)　　　　　　　　
　　　　　Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**Where is the property?** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency　＿＿＿＿＿＿＿＿＿
　　　　　Contact name　　＿＿＿＿＿＿＿＿＿
　　　　　Phone　　　　　　＿＿＿＿＿＿＿＿＿

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Fly Low, Inc.**                                                                 Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  5, 2018**
              MM / DD / YYYY

X **/s/ Teri Galardi**                                              **Teri Galardi**
  Signature of authorized representative of debtor                  Printed name

  Title   **CEO**

**18. Signature of attorney**

X **/s/ Louis G. McBryan**                                          Date **October  5, 2018**
  Signature of attorney for debtor                                       MM / DD / YYYY

  **Louis G. McBryan 480993**
  Printed name

  **McBRYAN, LLC**
  Firm name

  **6849 Peachtree Dunwoody Road**
  **Builing B-3, Suite 100**
  **Atlanta, GA 30328**
  Number, Street, City, State & ZIP Code

  Contact phone **678-733-9322**              Email address  **lmcbryan@mcbryanlaw.com**

  **480993 GA**
  Bar number and State

Debtor  **Fly Low, Inc.**                                                     Case number (*if known*)
        Name

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF GEORGIA | |
| Case number (*if known*) _____    Chapter  **11** | |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor   | **Country Club, Inc.**           |      |          | Relationship to you   | **Affiliate** |
|---|---|---|---|---|---|
| District | **Northern District of Georgia** | When | **10/05/18** | Case number, if known | **18-66879** |
| Debtor   | **Trop, Inc.**                   |      |          | Relationship to you   | **Affiliate** |
| District | **Northern District of Georgia** | When | **9/19/18**  | Case number, if known | **18-65726** |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 5

Fill in this information to identify the case:

Debtor name: **Fly Low, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gerald Tobin**<br>4551 Ponce de Leon Blvd<br>Miami, FL 33146-1832 | | | | | | **$35,302.24** |
| **Janice Dennis**<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | | Judgment in the USDC, Southern District of Florida, Case No. 1:14-cv-21244-JG | **Contingent Disputed** | | | **$208,195.20** |
| **Jaszmann Espinoza**<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | | Judgment in the USDC, Southern District of Florida, Case No. 1:14-cv-21244-JG | **Contingent Disputed** | | | **$125,099.52** |
| **Kiara Scott**<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | | Judgment in the USDC, Southern District of Florida, Case No. 1:14-cv-21244-JG | **Contingent Disputed** | | | **$37,976.64** |
| **Netonia Bell**<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | | Judgment in the USDC, Southern District of Florida, Case No. 1:14-cv-21244-JG | **Contingent Disputed** | | | **$76,220.00** |
| **Queen Lewis**<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | | Judgment in the USDC, Southern District of Florida, Case No. 1:14-cv-21244-JG | **Contingent Disputed** | | | **$214,456.32** |
| **Ronika Jones**<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | | Judgment in the USDC, Southern District of Florida, Case No. 1:14-cv-21244-JG | **Contingent Disputed** | | | **$317,510.00** |

Debtor **Fly Low, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Schulten Ward & Turner**<br>**260 West Peachtree Street NW**<br>**#2700**<br>**Atlanta, GA 30303** | | | | | | $89,907.91 |
| **Seleta Stanton**<br>**c/o Harlan S. Miller, Esq.**<br>**6868 Leslie Lane**<br>**Macon, GA 31220** | | **Judgment in the USDC, Southern District of Florida, Case No. 1:14-cv-21244-JG** | **Contingent Disputed** | | | $414,178.40 |
| **Shanice Bain**<br>**c/o Harlan S. Miller, Esq.**<br>**6868 Leslie Lane**<br>**Macon, GA 31220** | | **Judgment in the USDC, Southern District of Florida, Case No. 1:14-cv-21244-JG** | **Contingent Disputed** | | | $163,016.62 |
| **Steveontrae McDowell**<br>**c/o Harlan S. Miller, Esq.**<br>**6868 Leslie Lane**<br>**Macon, GA 31220** | | **Judgment in the USDC, Southern District of Florida, Case No. 1:14-cv-21244-JG** | **Contingent Disputed** | | | $229,820.00 |

```
Apetsiwa Shaw-Taylor
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220


Ashley Delgado
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220


Breonna Beck
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220


Brittnet Gregory
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220


Christyona Hartzog
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220


Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334


Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Suite 9100
Atlanta, GA 30345


Gerald Tobin
4551 Ponce de Leon Blvd
Miami, FL 33146-1832
```

```
Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101



Internal Revenue Service
401 W. Peachtree Street NW
Stop 334-D
Atlanta, GA 30308



Janice Dennis
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Jaszmann Espinoza
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Jordan Hargraves
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Keesha Weems
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Kenyatta Clay
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Kiara Scott
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220
```

```
Krystal Wright
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Montonya Minnis
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Netonia Bell
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Office of the US Trustee
75 Ted Turner Drive SW
Room 362
Atlanta, GA 30303



Princess Callahan
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Queen Lewis
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Ronika Jones
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220



Schulten Ward & Turner
260 West Peachtree Street NW
#2700
Atlanta, GA 30303
```

```
Seleta Stanton
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220


Shanice Bain
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220


Shanrika Duhart
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220


Shavonne Moore
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220


Steveontrae McDowell
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220


Teri Galardi
2555 Chantilly Drive
Atlanta, GA 30324


Teri Galardi Property Trust
2555 Chantilly Drive
Atlanta, GA 30324


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvanie Avenue, NW
Washington, DC 20530-0001
```

```
U.S. Attorney's Office
Attn: John A. Horn
75 Ted Turner Drive, SW, #600
Atlanta, GA 30303




US Department of Treasury
1500 Pennsylvanie Avenue, NW
Washington, DC 20220




Whitney Hairston
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220




Yamilee Bennett
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Fly Low, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Fly Low, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 5, 2018**  
Date

**/s/ Louis G. McBryan**  
**Louis G. McBryan 480993**  
Signature of Attorney or Litigant  
Counsel for  **Fly Low, Inc.**  
McBRYAN, LLC  
6849 Peachtree Dunwoody Road  
Builing B-3, Suite 100  
Atlanta, GA 30328  
678-733-9322 Fax:678-498-2709  
lmcbryan@mcbryanlaw.com